UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA BADURA, | ) | No. CV 04-8626 CW |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner, Social Security Adminstration, | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: March 13, 2006

/s/
CARLA M. WOEHRLE
United States Magistrate Judge